**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Rodney Tommie STEWART,
Defendant–Appellee.**

**No. 14-30108**

United States Court of Appeals,
Ninth Circuit.

Submitted October 25, 2016 *

Filed November 01, 2016

Lori Anne Harper Suek, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, for Plaintiff–Appellant

Steven C. Babcock, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana (Billings), Billings, MT, for Defendant–Appellee

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

MEMORANDUM **

The government appeals from the district court's order granting Rodney Tommie Stewart's motion to dismiss his indictment for domestic assault by a habitual offender under 18 U.S.C. § 117(a). We have jurisdiction under 28 U.S.C. § 1291, and we reverse and remand for further proceedings.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

The district court dismissed the indictment on the ground that the government could not use Stewart's uncounseled tribal court convictions to prove an element of the offense. After the district court's decision, the Supreme Court decided that the use of uncounseled tribal court convictions is permissible in a prosecution under section 117. *See United States v. Bryant,* —— U.S. ——, 136 S.Ct. 1954, 1966, 195 L.Ed.2d 317 (2016). We agree with the parties that remand is required under *Bryant.* Accordingly, we reverse the district court's order dismissing Stewart's indictment and remand for further proceedings.

**REVERSED and REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.